PAUL NATHAN (CASBN: 262697)
**LAW OFFICES OF PAUL H. NATHAN**
540 Pacific Avenue
San Francisco, CA 94133
Telephone:       415-341-1144
Facsimile:       415-341-1155
paulnathan@nathanlawoffices.com

TYLER AYRES (Utah State Bar No.: 9200)
*Admitted Pro Hac Vice*
**AYRES LAW FIRM**
12339 South 800 East, Suite 101
Draper, UT
Telephone:       801-255-5555
tyler@ayreslawfirm.com

Attorney for Plaintiff:
SCOTT C. BORISON

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
12/9/15

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SCOTT C. BORISON, | Case No.: 4:15-CV-3775-YGR |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| PURCO FLEET SERIVCES, INC., and DOES 1-10. | |
| Defendants. | |

Plaintiff hereby dismisses his action pursuant to Rule 41 (A)(1) without prejudice.

//

//

//

-1-

*Borison v. PurCo Fleet Services, Inc.*   NOTICE OF VOLUNTARY DISMISSAL         3:15-cv-3775

1  DATED: December 9, 2015                           LAW OFFICES OF PAUL H. NATHAN,

                                                    By: _____/S/  *Paul Nathan*_____
                                                            PAUL H. NATHAN
                                                            Attorney for Plaintiff
                                                            SCOTT C. BORISON

                              CERTIFICATE OF SERVICE

This is to certify that this document was served on the Defendant's Counsel when filed through the Court's CM/ECF system on December 9, 2015.

                                                    By: _____/S/  *Paul Nathan*_____
                                                            PAUL H. NATHAN